# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 30, 2017

Stephen J. Markman,
Chief Justice

Rehearing No. 615

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Berstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

153636(68)

PEOPLE OF THE STATE OF MICHIGAN,
Plaintiff-Appellee,

v

SC: 153636
COA: 323776
Wayne CC: 13-009551-FC

TIWAUN MAURICE CALLOWAY,
Defendant-Appellant.

_____

PEOPLE OF THE STATE OF MICHIGAN,
Plaintiff-Appellant,

v

SC: 153751
COA: 323776
Wayne CC: 13-009551-FC

TIWAUN MAURICE CALLOWAY,
Defendant-Appellee.

_____/

On order of the Court, the motion for rehearing is considered, and it is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 30, 2017



Clerk